According to your honors, Senator Floyd v. Jason Harris is in charge of contributing to the Supreme Court model. This court should be taking rebates for two reasons. First, the district court can confidently communicate its merits to Mr. Harris's claims and evaluate Mr. Harris's cases without first abiding by the mandatory requirements of Article 17. Second, the district court should be able to offer the district court to evaluate Mr. Harris's cases. The district court's valuations are broad and diverse. Most articles speak to mandatory terms. It states that the district court must appoint a guardian of the land or issue another appropriate order to protect an incompetent party or representative. It is not the district court's discretion to determine that. If the appearance of the case are clear and Mr. Harris seems to be not on the right, they have the competence to rule. And so, the district court should be able to offer the district court a budget of $3.03 million. If Mr. Harris is not on the right, the district court should appoint a guardian and file him as a non-existent. On the back of that, if you find that Mr. Harris is not on the right, it is not possible that Mr. Harris is not on the right. Well, I think that there are two sides to it. I think the logic is that it's not the court's role to speak to meeting the parties' interests when there's nobody before the court who's capable of protecting those interests. That's what this case is. It's a case of bringing the parties in. And when the court has no discussion of the parties' incompetence, it cannot proceed until all the options are here to be considered. And there's nothing else. So, I'm wondering something. So, there's a lot of possible logic. You're all agreeing on lots of things. So, you're talking about change. Okay. That's a great argument. Why not? I mean, I think one of the sort of basic theories about the change in the incompetence part is that it's not just the moment before the court is protected. It's right in the moment. It should be easy for somebody before the court to be protected. That person can make independent decisions. It should be easy for somebody before the court to know what are the rights that that person has, which is the most valuable. That was a great argument. And it continues. It's appropriate. It continues in this case, which in this report is going to be funded next year. But it's not. And it also is closer to an earlier premise of your question, Judge Mitchell, which is that there were no rights here. And that remains the case. It's basically that a district court's decision here shows why it's possible for a district court to be protected. It is in the short-term here that determines the consumers and our humanitarian status in those local areas. And it is the issue itself that determines who our consumers are in future cases and the distribution of the area to a specific agency for those cases and services. So, in the district court's ruling, how does it determine who our consumers are in future cases? And how do you identify them? Who are the beneficiaries? Who are the poor? Who are the poor consumers? That's a great argument. Okay. So, for example, in this way, as our prior order already suggests, when we already committed to the new rules, it's been discussed as an action to avoid, one, potentially criticizing the SDGs and, two, to avoid any member of this determination, such as allowing the district court to be considered. So, it's the issue of the district court in this year. And the district court also says that it comes to such a point, which I think, Judge, I'm just wondering if you want to make a point. Maybe you just need to talk about this. Sure. Yeah. So, you're right. I'll leave it with that premise. I think the answer is still no. For a couple of reasons. One is that, although the district court, I think it's a phrase, that in the removed case, it talks specifically in terms of anti-discrimination and repeal of restrictions, specifically in terms of anti-discrimination, there's a different way of saying it. It's dismissal of the appeal property for independent states and the appeal property for independent states. And so, Mr. Harris still has an interest in avoiding any sort of discrimination. And, for example, while Mr. Gill has been saying how Mr. Harris in fact filed an additional appeal from the district court toward independent states and the district court's organizations. And so, I think he does this part all the time. That's what I'm talking about. So, you're saying that if we were to have the attorneys do this part, we could actually secure the appeal papers and the appeals and everything like that, that he's still some person who has an interest in that. I'm not sure if that's more or less a certain case. Certainly not. And, just to clarify, Mr. Gill, he's 45 years of distance from the district court. And, as you can see, this appeal will never be secured because other appeals messengers couldn't file from the district court because the district court has filed appeals. And, even if the district court were to secure one of these, the reason it's in the district court's interest is because you're saying that the guardian and other law enforcement agencies are going to be able to get these applications to us, which is a success story. That's right. And, that's the other reason why you get this article. It's an hour or other. That includes cases in the district court. That's another reason why, I think, you can still get the support to bring in and allow an attorney to come in and help you get this expressed to the district court. And, I think you would not be buying on the district court's initiatives where it's possible that this appears in the future because it's a great case and it would, that this would be raised at a future court and, you know, there's certain things that you're willing to invest in since you're kind of a student to be able to have these in the trial. And, that, again, you can point them to your questions, which is what's nice about that. It shows why the rule of thumb goes to the district court because it's not possible for the district court to be, in fact, determining whether certain actions are being performed. It's kind of a serious harm that you as a district attorney or something like that are considered and that the district court or something like that will demand that an attorney or the district court to consider those things and determine those things.  to be able to get assistance from the district court is, I'm trying to talk about a reason why the district court is having a serious harm to its students. One of the things that the district court can do at times is actually describe some of these cases with the dismissal of teachers and the dismissal of students in the final year. And, that is a phrase that you can see at the end of the content when it's there in the district court. The other piece that the district court has done with our participants who are on the grounds of AT-15G is that each case was dismissed because there was a disappearance of a teacher in the last court order. And, for that reason, each case is not a serious harm to all of the people. So, that's one of the pieces of this. One thing that's really important to recognize is there's such a big multitude of people that are working with the district court in that area. That's right. So, I'm calling on the district court in this case to make a complaint for various reasons. I mean, in each case, if you look at the record of the district court and the records of the case, there's specifically tabulated in each of these cases that the case could not be proper because it tends to distribute information and many of the contents in the case. And so, for that reason, basically, we don't always look to the final procedural grounds that the district court gave, but this is actually looking at the reasoning of the district court in each of those cases to make sure that there was a reasonable amount of information in the case that could be saved. And so, on the merits of the district court to be honest, if the case was a lawful sentence, we're looking for exemptions in the future. I stand here by the words of the district court, so, thank you, sir. We see in all the cases of lawful sentences that there should be no exempt in terms of the district court and we would like to first address the issue of whether or not the district court has reduced the previous cases of criminal strikes. We know that it has been decreased. It was 5% of the district court average order since it was amended. So, that was what we've been saying. We agreed probably to have criminal strikes in the last one, which is fair to say we're going to be superior in court. That was the denial of these cases. We agreed to get the district court procedural to look at the various extermination measures. The very first case that was signed in public was a district court and it was almost fair to say state prison complex. That case was dismissed without prejudice. There were any orders of the court in their extermination that was dismissed without  So, that was one of the reasons for this unanimous court that I participated in public court. We agreed to have again a motion of the district court to have criminal strikes when it was presented to the district court  to  criminal strikes when it was presented to the district court. And prior to our statements we asked the court to indicate if the possibility of standard or concurrent inmates to receive criminal strikes in the spring order is to give them the chance to admit them. We gave criteria to try and admit people that they don't and they have inequalities among them. And we asked     give  the chance to admit them. And we asked the district court to give them the asked the district court  give them the chance
judges: Gould, Clifton, Watford